IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04 CV 120

| | | |
|---|---|---|
| PAULETTA Y. GAITHER | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| YELLOW CAB OF CHARLOTTE, et al. | ) | |
|     Defendants. | ) | |

    **THIS MATTER** is before the Court's own motion. IT IS HEREBY ORDERED that this case be scheduled for trial on December 5, 2005 at 10:00AM in Charlotte, North Carolina.

    **IT IS SO ORDERED.**

**Signed: August 9, 2005**

Graham C. Mullen
Chief United States District Judge