UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01CV120

| | | |
|---|---|---|
| PAULETTA Y. GAITHER, | ) | |
|       Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| YELLOW CAB OF CHARLOTTE, | ) | |
| *et al*, | ) | |
|       Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled from the September 11, 2006 term to the **September 5, 2006 term of court at 10:00 a.m.** in Charlotte.

IT IS SO ORDERED.

Signed: April 25, 2006

Graham C. Mullen
United States District Judge